CROUSE-IRVING HOSPITAL, Appellant, v. JAY KRAMER et al., as Members of the New York State Labor Relations Board, Respondents. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZING COMMITTEE, AFL-CIO, Intervenor-Respondent. SYRACUSE MEMORIAL HOSPITAL, Appellant, v. JAY KRAMER et al., as Members of the New York State Labor Relations Board, Respondents. CENTRAL NEW YORK SERVICE TRADES HOSPITAL AND NURSING HOME ORGANIZING COMMITTEE, AFL-CIO, Intervenor-Respondent.— Motions for preliminary injunction granted pending hearing and determination of appeals.